IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JESUS CHOSEN,** *also known as Chief Jesus* | § § § § | **PLAINTIFF** |
| **v.** | § § § | Civil No. 1:20cv33-HSO-JCG |
| **OFFICE OF ATTORNEY GENERAL OF STATE OF TEXAS,** *et al.* | § § | **DEFENDANTS** |

## FINAL JUDGMENT

This matter is before the Court sua sponte. Pursuant to the Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of June, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE